# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| NANETTE N. MASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:20-cv-02839-TLP-atc |
| v. | ) | |
| | ) | |
| FEDERAL EXPRESS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pro se Plaintiff, Nanette Mason, sued Defendant, Federal Express Corporation, alleging discriminatory conduct under Title VII of the Civil Rights Act of 1964.  (ECF No. 1.)  Under Administrative Order No. 2013-05, the Court referred this case to a United States Magistrate Judge for management and for all pretrial matters.  Magistrate Judge Christoff screened the case, under 28 U.S.C. § 1915(e)(2)(B) and Local Rule 4.1(b)(2), and issued a Report and Recommendation ("R&R") recommending that the Court dismiss the case because it failed to state a claim.  (ECF No. 10 at PageID 36.)  However, Judge Christoff further suggested that the Court give Plaintiff an additional thirty days to amend her complaint; and, if Plaintiff amended, to subject the claims to another round of screening.  (*Id*.)

After filing the R&R, Plaintiff amended her complaint within the thirty-day timeline. (ECF No. 11.)  Therefore, the Court **ADOPTS** the R&R (ECF No. 10) nunc pro tunc as of May 1, 2021.  As a result, the Court **DISMISSES** Plaintiff's original complaint (ECF No. 1) **WITHOUT PREJUDICE** and **REFERS** the case, and the amended complaint (ECF No. 11), back to the Magistrate Court for another round of screening.

**SO ORDERED**, this 7th day of October, 2021.

                                                s/ Thomas L. Parker
                                              THOMAS L. PARKER
                                              UNITED STATES DISTRICT JUDGE